UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CAMILO CRUZ DOMINGEZ,

Plaintiff,

v.

FAUL HEREDIA SANCHEZ AND LYFT, INC.,

Defendants.

Civil Action No.: 1:25-cv-04096 (PMH)

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       October 16, 2025

---

**IT IS HEREBY** consented that Peirce & Salvato PLLC, located at 8 Cottage Place, White Plains, New York 10601, are hereby substituted as attorneys of record for Defendant, RAUL HEREDIA SANCHEZ I/S/H/A FAUL HEREDIA SANCHEZ, in the above-entitled action, in place of Cipriani & Werner, P.C., 11 Stewart Avenue, First Floor, Huntington, New York 11743.

Dated: Huntington, NY
       September 15, 2025

**PEIRCE & SALVATO PLLC**

_____
JEFFREY T. BEAUCHESNE, ESQ.
Superseding Attorney

Date: October 14, 2025

**CIPRIANI & WERNER, P.C.**

_____
MICHAEL J. DISCHLEY, ESQ.
Withdrawing Attorney

Date: 10/08/2025

By: ___*Raul Heredia*___
Raul Heredia Sanchez i/s/h/a
Faul Heredia Sanchez


State of New York )
                   )s.s.:
County of Westchester )

On the __8__ day of __October__ in the year 2025 before me, the undersigned, a Notary Public in and for said state, personally appeared, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or person upon behalf of which the individual acted, executed the instrument.

_____
Signature of Notary Public

CHRISTOPHER WEISS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01WE0008866
Qualified in Rockland County
My Commi   Expires: __5/31/2027__